AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11925568

United States of America
v.
ANDREW AUSTIN

Defendant

Case: 1:26-cr-00028
Assigned To: Judge Leon, Richard J.
Assign Date: 2/19/2026
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2), (b)(1) (Distribution of Child Pornography)
18 U.S.C. § 2252(a)(4)(b)(2) (Possession of Child Pornography)

Date: 02/19/2026

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2-19, and the person was arrested on *(date)* 2-23-26
at *(city and state)* Washington, DC

Date: 2-23-26

*Arresting officer's signature*

Blake Fishnapful, FBI
*Printed name and title*